# LAW OFFICE OF
# EVAN L. LIPTON

ELL@evanliptonlaw.com
Tel / Text (917) 924-9800

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/21/2022
```

December 20, 2022

By ECF
Hon. Victor Marrero
United States District Court Judge
Daniel Patrick Moynihan
United States Courthouse 500 Pearl Street
New York, New York 10007

Re: *United States v. Tyron Smith (VOSR)*, 15 Cr. 878 (VM)

Dear Judge Marrero:

    I write on behalf of Tyron Smith, with the consent of the Government (A.U.S.A. Scott Hartman) and the United States Probation Department (P.O. Alex Barcenes; P.O. David Mulcahy) to respectfully request permission for Mr. Smith to attend Christmas Eve (5:30 to 10:30 p.m.) and New Years Eve (6:30 p.m. to 12:30 a.m.) celebrations at his aunt, Sheila Beecham's apartment. I have provided Ms. Beecham's address to both the Government and Probation.

Respectfully yours,

Evan L. Lipton
*Attorney for Tyron Smith*

Cc:    A.U.S.A. Scott Hartman
       U.S.P.O. Alex Barcenes
       U.S.P.O. David Mulcahy

(by email)

**Request GRANTED.** Defendant's request to modify the terms of release to authorize travel on the dates specified to celebrate the holidays with family on the conditions indicated above is hereby granted.

**SO ORDERED.**

12/21/2022
DATE

VICTOR MARRERO, U.S.D.J.